Alfred K. Foreman, receiver Chicago Bank of Commerce, appellee, v. A. L. Martin, appellant. **Gen. No. 39,640.**

Opinion filed December 6, 1937. Rehearing denied December 20, 1937.

S. E. Quindry and John Tone Kelly, for appellant. Schuyler & Hennessy, for appellee; Henry E. Jacobs and Thomas J. Downs, of counsel.

Mr. Presiding Justice O'Connor delivered the opinion of the court.